**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLINTON L. MOORMAN, JR.,**

      **Plaintiff,**

-vs-                                                                    **Case No. 6:07-cv-940-Orl-31DAB**

**CELESTINE S. LONGSTREET,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)**
>
> **FILED:** June 4, 2007
>
> As recounted in detail in Case No. 6:07-cv-848, this case is one of a series of frivolous actions initiated by this Plaintiff. **THEREON** it is **ORDERED** that the motion is **DENIED**. And it is further **ORDERED** that this case is **DISMISSED**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 29, 2007.

                                                           GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party